**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| LEE SPICER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cv-372 |
| ) | |
| CHW GROUP INC. d/b/a CHOICE HOME ) | |
| WARRANTY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LEE SPICER, ("Plaintiff"), through her attorney, Ferris Winder, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CWH GROUP INC. d/b/a CHOICE HOME WARRANTY.

RESPECTFULLY SUBMITTED,

By: /s/ Richard W. Ferris
    Richard W. Ferris, Esq.
    Virginia bar number 31812
    Ferris Winder, PLLC
    530 East Main St. Suite 300
    Richmond, VA 23219
    Phone: (804) 767-1800
    Fax: (888) 251-6228
    rwferris@ferriswinder.com
    Attorney for Plaintiff, Lee Spicer

## **CERTIFICATE OF SERVICE**

      On September 19, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

                                             By: /s/ Richard W. Ferris_____
                                                       Richard W. Ferris, Esq.